

# Lien and Title Information Report

2815-Credit Acceptance Corporation

| | | | |
|---|---|---|---|
| **Customer** | MOUSES LAMAH | **VIN** | 4JGDA5HB6GA785478 |
| **Organization ID** | 2815 | **Organization Name** | Credit Acceptance Corporation |
| **Lien Start** | 06/24/2024 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | A85W01R |

## Last ELT Transactions

**Received On**
2024-08-20 02:13:35.0                                          Add Record - Perfection of Lien

## Borrower / Lesee Details

| | |
|---|---|
| **Name** | MOUSES LAMAH |
| **Address** | 2109 S 16th St,PHILADELPHIA PA,191453904 |

## Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | Mercedes-Benz |
| **Model** | GLE | **Year** | 2016 |
| **Mileage** | 155545 | | |

## Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 87360715 | **Title State** | PA |
| **Tag Number** | | **VIN** | 4JGDA5HB6GA785478 |
| **Status** | MATCHED | **Match Date** | 08/20/2024 |
| **Lien Expiration Date** | 08/19/2030 | **Media Type** | Electronic |

## State Information

| | | | |
|---|---|---|---|
| **Name** | LAMAH,MOUSES ALI | **Lessee** | |
| **Address** | 2109 S 16TH ST,PHILADELPHIA PA,19145 | | |
| **Vehicle Type** | | **Make** | BENZ |
| **Model** | | **Year** | 2016 |
| **Mileage** | 155545 | | |
| **Title State** | PA | **Title Number** | 87360715 |
| **Brands** | 68 PA: ACTUAL MILEAGE | | |