IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | ) |
| MOUSES LAMAH | ) |
| **Debtor(s)** | ) CHAPTER 13 |
| | ) |
| CREDIT ACCEPTANCE CORPORATION | ) Case No.: 24-13666 (AMC) |
| **Moving Party** | ) |
| | ) |
| v. | ) **Hearing Date:  12-18-24 at 10:00 AM** |
| | ) |
| MOUSES LAMAH | ) |
| **Respondent(s)** | ) 11 U.S.C. 362 |
| | ) |
| SCOTT F. WATERMAN | ) |
| **Trustee** | ) |
| | ) |
| | ) |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Motion, and proposed Order on November 19, 2024 as shown in the Certification of Service filed in this matter, that more than 15 days have passed and that I have received no objection as of this date either oral or written to the Motion.

I respectfully request that the Court grant Credit Acceptance's Motion For Relief From The Automatic Stay, enter the attached Order, and cancel the hearing scheduled for December 18, 2024.

Date: 12/17/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329
Attorney for Credit Acceptance Corporation