# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Mouses Lamah** | | |
| | **Debtor(s)** | **CHAPTER 13** |
| **M&T Bank** | | |
| | **Movant** | |
| vs. | | **NO.** 24-13666 AMC |
| **Mouses Lamah** | | |
| | **Respondent(s)** | |
| **Scott F. Waterman** | | |
| | **Trustee** | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by M&T Bank, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge