# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Mouses Lamah**<br>                  **Debtor(s)**<br><br>**M&T Bank**<br>                  **Movant**<br>      **vs.**<br><br>**Mouses Lamah**<br>                  **Respondent(s)** | CHAPTER 13<br>BK. NO. 24-13666 AMC |

## **CERTIFICATION OF SERVICE**

      I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **December 31, 2024**.

Scott F. Waterman  (via ECF)
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Michael A. Cibik2 Esq.  (via ECF)
1500 Walnut Street, Suite 900
 Philadelphia, PA 19102

Mouses Lamah
403 Durfor Street
Philadelphia, PA 19148-3909

Date: December 31, 2024

      By: /s/ Denise Carlon
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com