UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                            Chapter 13

     Mouses Lamah

                                   Bankruptcy No. 24-13666-AMC

          Debtor

## CERTIFICATE OF SERVICE

     I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 13th day of February, 2025 by first class mail upon those listed below:

Mouses Lamah
403 Durfor Street
Philadelphia, PA  19148-3909

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee

                                       */s/ Kristen Gliem*
                                       Kristen Gliem
                                       for
                                       Scott F. Waterman, Esq.
                                         Standing Chapter 13 Trustee