eRecorded in Philadelphia PA Doc Id: 54353526
10/18/2024 09:31 AM Page 1 of 3    Rec Fee: $242.75
Receipt#:
Records Department    Doc Code:

When Recorded Return To:
Jillian Keitz
M&T Bank
PO BOX 1596
Buffalo, NY 14240

Assessor's/Tax ID No.:

## CORPORATE ASSIGNMENT OF MORTGAGE

Philadelphia, Pennsylvania
M&T Bank#:                "LAMAH."

MIN #:                    MERS Corporate Phone Number: 1-888-679-6377

Date of Assignment: October 17th, 2024

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIRST ALLIANCE HOME MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS
Assignee: M&T BANK

I hereby certify the precise address of the within named Assignee is ONE FOUNTAIN PLAZA, BUFFALO, NY 14203.

MERS has a physical address at 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026 and a mailing address at PO BOX 2026, FLINT, MI 48501-2026

Executed By: MOUSES LAMAH. To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIRST ALLIANCE HOME MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS
Dated: 12-07-2021 Recorded: 01-27-2022 as Instrument/Document 53957737, Book/Reel/Liber N/A Page/Folio N/A In the County of Philadelphia, State of Pennsylvania.

Property Address: 403 DURFOR ST, PHILADELPHIA, PA 19148 in the City of PHILADELPHIA

Legal:See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

I do certify that the precise address of M&T BANK is ONE FOUNTAIN PLAZA, BUFFALO, NY 14203
Attested By:

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $252,345.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever,

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 3
subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIRST ALLIANCE HOME MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS
On October 17th, 2024

By: _____
Susan M. Portis , Assistant Secretary

STATE OF New York
COUNTY OF Erie

On the 17th day of October in the year 2024 before me, the undersigned, personally appeared Susan M. Portis , Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIRST ALLIANCE HOME MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Jillian Keitz
Notary Public State of New York
Notary Expires: 3/4/2027   #01KE6388266
Qualified in Erie County

JILLIAN KEITZ
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01KE6388266
COMM. EXP. 03/04/2027

CORPORATE ASSIGNMENT OF MORTGAGE Page 3 of 3

## Exhibit A

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected,

SITUATE on the North side of Durfor Street (30 feet wide, laid out and opened parallel with and at the distance of 116 feet Southward from the South side of Wolf Street) commencing at the distance of 369 feet Eastward from the East side of Fifth Street in the 39th Ward (formerly the 1st Ward) of the City of Philadelphia.

CONTAINING in front or breadth on the said Durfor Street, 15 feet and extending of that width in length or depth Northward between lines parallel with the said 5th Street, 50 feet to a 4 feet wide alley extending from said 5th Street to 4th Street.

TOGETHER with the free and common use right liberty and privilege of the said 4 feet wide alley as and for a passageway and watercourse at all times hereafter forever.

BEING No. 403 Durfor Street.

Being the same premises which Bradley Wilson and Nancy Wilson, Husband and Wife, by her agent, Bradley Wilson appointed by Power of Attorney, dated 7/26/2005 by Deed dated 7/29/2005 and recorded 8/8/2005 in Philadelphia County as Document No. 51237966 conveyed unto Mohamed Lamah, in fee.

AND the said Mohamed Lamah is now known as Michael Lamah.