**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Mouses Lamah** | **BK NO. 24-13666 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **M&T Bank** | |
| **Movant** | |
| **vs.** | |
| **Mouses Lamah** | |
| **Debtor(s)** | |
| **Scott F. Waterman** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 3/6/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Relief
- Notice of Hearing
- Proposed Order
- Loan Documents

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 3/6/2025

                                              **/s/ Denise Carlon**
                                              **Denise Carlon,** Esquire
                                              Attorney I.D. 317226
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              201-549-2363
                                              bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Mouses Lamah<br>403 Durfor Street<br>Philadelphia, PA 19148-3909 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Cibik2 Esq.<br>1500 Walnut Street, Suite 900<br>(VIA ECF)<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |