# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Mouses Lamah,<br><br>Debtor. | Case No. 24-13666-AMC<br><br>Chapter 13<br><br>Related to ECF No. 28 |

### Debtor's Objection to Motion for Relief from Stay filed by M&T Bank

**AND NOW**, Debtor Mouses Lamah, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by M&T Bank (the "Creditor").

Date: March 19, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by M&T Bank to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: March 19, 2025

/s/ Michael A. Cibik
Michael A. Cibik