IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                            :
                                              :    Chapter 13
   MOUSES LAMAH                     :
                                              :    Case No.  24-13666 (AMC)
       Debtor.   :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 36] which was filed on April 21, 2025.

                         Respectfully submitted,

                         THE CITY OF PHILADELPHIA

Dated: July 16, 2025      By:   */s/ Megan N. Harper*
                         MEGAN N. HARPER
                         Divisional Deputy City Solicitor
                         PA Attorney ID 81669
                         Attorney for the City of Philadelphia
                         City of Philadelphia Law Department
                         Municipal Services Building
                         1401 JFK Boulevard, 5th Floor
                         Philadelphia, PA  19102-1595
                         215-686-0503 (phone)
                         Email: Megan.Harper@phila.gov