# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Philadelphia Division

| | |
|---|---|
| Mouses Lamah,<br><br>　　　　　　　　　*Debtor*. | Chapter 13<br>Case No. 24-13666-AMC |

**Certificate of Service**

　　I, Michael A. Cibik, certify that on August 1, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

　　I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: August 1, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF

**M&T Bank**
P.O. Box 840
Buffalo, NY 14240-0840
Method of Service: CM/ECF

**Credit Acceptance**
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034
Method of Service: CM/ECF

**City of Philadelphia Law Department**
Tax Litigation & Collections., 5th Fl. Unit
1401 JFK Blvd
Philadelphia, PA 19102
Method of Service: CM/ECF

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy
Group,
Philadelphia, PA 19102-1595
Method of Service: CM/ECF

**Toyota Motor Credit Corporation**
dba Lexus Financial Services
PO Box 9013
Addison, TX 75001
Method of Service: First Class Mail