**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Mouses Lamah,<br><br>                              *Debtor*. | Chapter 13<br>Case No. 24-13666-AMC |

**Certificate of Service**

    I, Michael A. Cibik, certify that on August 12, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: August 12, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF