Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-13666-AMC**

Mouses Lamah  
403 Durfor Street  
Philadelphia  PA    19148-3909

Petition Filed Date: 10/14/2024  
341 Hearing Date: 11/15/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/22/2024 | $325.00 | | 01/07/2025 | $325.00 | | 03/24/2025 | $975.00 | |
| 05/05/2025 | $325.00 | | 05/23/2025 | $325.00 | | 07/14/2025 | $325.00 | |

**Total Receipts for the Period: $2,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $5,375.07 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02S | Secured Creditors | $4,490.75 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $1,009.30 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $299.47 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 003 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $7,734.76 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $13,959.08 | $0.00 | $0.00 |
| 8 | PHILADELPHIA PARKING AUTHORITY<br>»» 006 | Unsecured Creditors | $722.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $6,643.98 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $5,001.60 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $31,032.93 | $0.00 | $0.00 |
| 12 | AMERICAN EXPRESS NATIONAL BANK<br>»» 010 | Unsecured Creditors | $5,568.21 | $0.00 | $0.00 |
| 13 | AMERICAN EXPRESS NATIONAL BANK<br>»» 011 | Unsecured Creditors | $3,274.14 | $0.00 | $0.00 |
| 14 | AMERICAN EXPRESS NATIONAL BANK<br>»» 012 | Unsecured Creditors | $9,900.81 | $0.00 | $0.00 |
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 013 | Unsecured Creditors | $1,077.79 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13666-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | M&T BANK<br>»» 014 | Mortgage Arrears | $5,348.24 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 015 | Unsecured Creditors | $11,025.64 | $0.00 | $0.00 |
| 18 | RESURGENT RECEIVABLES LLC<br>»» 016 | Unsecured Creditors | $5,830.64 | $0.00 | $0.00 |
| 19 | PNC BANK<br>»» 017 | Unsecured Creditors | $6,942.26 | $0.00 | $0.00 |
| 20 | SYNCHRONY BANK<br>»» 018 | Unsecured Creditors | $674.11 | $0.00 | $0.00 |
| 21 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 019 | Secured Creditors | $5,857.24 | $0.00 | $0.00 |
| 22 | US SMALL BUSINESS ADMINISTRATION (SBA)<br>»» 020 | Unsecured Creditors | $122,247.98 | $0.00 | $0.00 |
| 23 | CITY OF PHILADELPHIA (LD)<br>»» 021 | Secured Creditors | $84.49 | $0.00 | $0.00 |
| 24 | CITY OF PHILADELPHIA (LD)<br>»» 22P | Priority Crediors | $943.96 | $0.00 | $0.00 |
| 25 | CITY OF PHILADELPHIA (LD)<br>»» 22U | Unsecured Creditors | $4,223.05 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,200.00 | Current Monthly Payment: | $275.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $232.89 | Total Plan Base: | $44,600.00 |
| Funds on Hand: | $2,967.11 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.