United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13666-amc |
| Mouses Lamah | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 05, 2025 | Form ID: 155 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mouses Lamah, 403 Durfor Street, Philadelphia, PA 19148-3909 |
| 14943361 | + | Credit Acceptance Corporation, c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14938176 | + | M&T BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14936023 | + | Matthew H. Ruggles, PO Box 73, Washington Crossing, PA 18977-0073 |
| 14936025 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14936028 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14936030 | + | Sharon Schultz, c/o Ruggles Law, 136 East Avenue, Swedesboro, NJ 08085-1210 |
| 14936036 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14936010 | | Email/Text: bankruptcycourtnotices@amerihome.com | Sep 06 2025 00:36:00 | AmeriHome Mortgage, Attn: Bankruptcy Attn: Bankruptcy, 1 Baxter Way , Suite 300, Thousand Oaks, CA 91362-3888 |
| 14948356 | | Email/PDF: bncnotices@becket-lee.com | Sep 06 2025 00:45:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14936011 | | Email/PDF: bncnotices@becket-lee.com | Sep 06 2025 00:46:28 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14936012 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 06 2025 00:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14936013 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 06 2025 00:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14936016 | | Email/Text: megan.harper@phila.gov | Sep 06 2025 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14999871 | | Email/Text: megan.harper@phila.gov | Sep 06 2025 00:36:00 | City of Philadelphia, c/o MEGAN N. HARPER, City of Philadelphia - Law/Revenue Dept., 1401 JFK Blvd., Room 580, Philadelphia, PA 19102 |
| 14994638 | | Email/Text: megan.harper@phila.gov | Sep 06 2025 00:36:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 JFK Blvd., 5th Fl., Philadelphia, PA 19102 |
| 14982128 | | Email/Text: megan.harper@phila.gov | Sep 06 2025 00:36:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14936014 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2025 00:45:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14945475 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2025 00:56:51 | Capital One, N.A., 4515 N Santa Fe Ave, |

Case 24-13666-amc    Doc 59    Filed 09/07/25    Entered 09/08/25 00:40:41    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: 155 | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14936015 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2025 00:46:26 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 — Oklahoma City, OK 73118-7901 |
| 14936017 | | Email/Text: bankruptcy@philapark.org | Sep 06 2025 00:37:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14936018 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 06 2025 00:36:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14936019 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2025 00:56:49 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14936020 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 06 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14960532 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2025 00:36:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14943335 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 06 2025 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14936021 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 06 2025 00:45:09 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14936022 | | Email/Text: camanagement@mtb.com | Sep 06 2025 00:36:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14959570 | | Email/Text: camanagement@mtb.com | Sep 06 2025 00:36:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14938063 | ^ | MEBN | Sep 06 2025 00:36:29 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14936024 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Sep 06 2025 00:36:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14961275 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2025 00:36:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14936026 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14937604 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14936027 | ^ | MEBN | Sep 06 2025 00:36:34 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14936029 | | Email/Text: bankruptcy@philapark.org | Sep 06 2025 00:37:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14961146 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2025 00:46:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14936031 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2025 00:45:39 | Syncb/google, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14961364 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2025 00:45:53 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14936032 | ^ | MEBN | Sep 06 2025 00:36:33 | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14936033 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 06 2025 00:36:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |

Case 24-13666-amc    Doc 59    Filed 09/07/25    Entered 09/08/25 00:40:41    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: 155 | Total Noticed: 45 |

| 14962276 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 06 2025 00:36:00 | Toyota Motor Credit Corporation, dba Lexus Financial Services, PO Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|
| 14936034 | Email/Text: dbogucki@trumark.org | Sep 06 2025 00:37:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 14936035 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 06 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14936037 | Email/Text: bankruptcynotices@sba.gov | Sep 06 2025 00:36:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14948357 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14948359 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14948360 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14948365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14948366 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14943338 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor M&T BANK ekishbaugh@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Mouses Lamah help@cibiklaw.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: 155 | Total Noticed: 45 |

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
   mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Mouses Lamah<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−13666−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 3, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court