# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mouses Lamah <br>     Debtor <br><br> M&T Bank <br>     Moving Party <br>    vs. <br><br> Mouses Lamah <br>     Debtor <br><br> and Scott F. Waterman <br>     Trustee | Chapter 13 <br><br> NO. 24-13666 AMC <br><br> 11 U.S.C. Section 362 |

## CERTIFICATION OF DEFAULT

  I, Matthew Fissel, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated January 23, 2026, was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

  February 20, 2026

                   /s/ Matthew Fissel
                   Matthew Fissel, Esq.
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA  19106
                   Phone: (215)-627-1322
                   mfissel@kmllawgroup.com