| Case No. | Case Title | Chapter | Movants |
|---|---|---|---|
| 13-20781-amc | James C. Escher | 13 | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII (NPL) |
| 16-13307-amc | David Adenaike | 13 | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION |
| 18-11830-amc | Sandra Banks-Eldridge | 13 | Lakeview Loan Servicing, LLC |
| 18-12346-amc | Joseph T Brown, Jr. | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 18-13706-djb | Anntionette Jones | 13 | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust |
| 18-15362-djb | Lisa N. Sistrunk | 13 | U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust |
| 18-17430-pmm | Sharonn E. Thomas | 7 | PNC BANK, NATIONAL ASSOCIATION |
| 18-17841-djb | Durwood Hankinson | 13 | Mortgage Asset Management, LLC |
| 18-18000-pmm | Renard A. Harris | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 19-10688-amc | Gabriela Jakeline Velazco | 13 | Nationstar Mortgage LLC |
| 19-11738-djb | Tracia Knight | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 19-12241-pmm | Chantel Deelva Pelaez | 13 | Goverment Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. bank National Association, not individual capacity but solely as Co-Trustee |
| 19-12694-amc | Robin K. Ingram | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 19-12720-djb | Thomas A Fink | 13 | FREEDOM MORTGAGE CORPORATION |

| | | | |
|---|---|---|---|
| 19-13294-pmm | Brian Griffith | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 19-13546-djb | Karen M. Strow | 13 | Lakeview Loan Servicing, LLC |
| 19-13586-pmm | Wallace A. Moran, III and Jennifer A. Moran | 13 | AmeriHome Mortgage Company, LLC |
| 19-13854-amc | Charles K. Nguyen and Hien T. Nguyen | 13 | PENNYMAC LOAN SERVICES, LLC |
| 19-13918-djb | Vanessa Giles | 13 | U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ PASS-THROUGH TRUST II(B) |
| 19-14648-amc | Dennis R. Morales and Ericka L Morales | 13 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-1 |
| 19-14805-pmm | Dirone Troy Underwood and Cristie Marie Underwood | 13 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| 19-14860-djb | John J McGinnis and Margaret M McGinnis | 13 | Nationstar Mortgage LLC |
| 19-15749-amc | Uraina Watkins | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 19-16061-amc | Tatyna Petrosov | 13 | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56 |
| 19-17361-amc | Paul D. Holley | 13 | MIDFIRST BANK |
| 19-17684-amc | Nicholle C. Donahue | 13 | HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates |
| 19-17775-amc | Tilda A. Sanders | 13 | MIDFIRST BANK |
| 19-17972-djb | Latisha A Reed | 13 | PHFA |
| 20-10742-amc | Bruce E. Caulder | 13 | PENNYMAC LOAN SERVICES, LLC |

| | | | |
|---|---|---|---|
| 20-11100-pmm | Gretta P. Shortt-Oliver | 13 | SLC 2018-1 Trust |
| 20-11804-djb | Shakina Liggins | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 20-13119-djb | Andrea L. McNear | 13 | Nationstar Mortgage LLC |
| 20-13311-djb | Angelina Geiger | 13 | U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE2, Asset-Backed Certificates, Series 2005-HE2 |
| 20-13673-pmm | Steven W. Strickler | 13 | Pingora Loan Servicing, LLC |
| 20-13829-pmm | Annette R Bartholomew and Dale R Bartholomew | 13 | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2017-19TT |
| 20-13966-pmm | Marjory J. Salazar | 13 | Times Square Revolving Trust c/o Wilmington Savings Fund, FSB, as owner trustee |
| 20-14200-djb | Anthony M. Daniele and Lisa L. Daniele | 13 | FREEDOM MORTGAGE CORPORATION RoundPoint Mortgage Servicing Corporation |
| 20-14340-pmm | Luis Malpica | 13 | The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders Of Cwabs Inc., Asset-Backed Certificates, Series 2006-7 |
| 20-14500-amc | Peter S Sok | 13 | Flagstar Bank, NA |
| 20-14535-amc | Thomas A. Yankanich and Carol Lynn Yankanich | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 20-14559-pmm | Adam S. Miller | 13 | Lakeview Loan Servicing, LLC |
| 20-14573-pmm | Derrick A. Tursack and Alyce M. Tursack | 13 | FREEDOM MORTGAGE CORPORATION |
| 20-14596-amc | Troy Jordon | 13 | Foundation Finance Company, LLC Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A. |
| 20-14630-pmm | Dennis R. Karalfa and Linda J. Karalfa | 13 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |

| | | | |
|---|---|---|---|
| 20-14631-amc | Frank Paul Orlando and Kathy Colleen Orlando | 13 | The Money Source Inc. |
| 20-14740-djb | Kevin P. Griffey | 13 | PENNYMAC LOAN SERVICES, LLC |
| 20-14755-pmm | Elaine J. Keiper | 13 | M&T Bank |
| 20-14838-djb | Daniel E. Price | 13 | PENNYMAC LOAN SERVICES, LLC |
| 20-14859-djb | Brenda E Glover | 13 | PENNYMAC LOAN SERVICES, LLC |
| 20-14862-pmm | Sadie-Ann Goulbourne and Michael Goulbourne | 13 | Lakeview Loan Servicing, LLC |
| 20-14900-djb | Christine M Friel and Rory N Friel | 13 | PENNYMAC LOAN SERVICES, LLC |
| 21-10054-amc | Richard W. Johnson, Jr. and Alyse M. Johnson | 11 | The Bancorp Bank |
| 21-10097-pmm | Robert S. Stimpfle | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 21-10179-amc | Robert B. Steveline and Kathryn A Steveline | 13 | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as indenture trustee for CIM Trust 2025-R1 |
| 21-10198-djb | Bruce Leonard Forsythe | 13 | U.S. Bank NA, as successor trustee, in trust for registered holders of Bear Stearns Asset Backed Securities Trust 2006-1, Asset-Backed Certificates, Series 2006-1 |
| 21-10217-amc | Desiree M. Kakos and Evangelos G. Kakos | 13 | M&T Bank |
| 21-10283-amc | Joyce A Dobisch | 13 | Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust |
| 21-10287-pmm | Ann Krueger-Ruff and Duane F. Ruff | 13 | Citigroup Mortgage Loan Trust 2022-A Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2007-HSBC1 Mortgage Pass-Through Certificates, Series 2007- HSBC1 |
| 21-10312-pmm | Donald Michael Reinmiller | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |

| | | | |
|---|---|---|---|
| 21-10317-djb | Nicholas Zindel Epps | 13 | PENNYMAC LOAN SERVICES, LLC |
| 21-10331-djb | Marjorie A. Snyder | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 21-10388-pmm | Quanda Graves | 13 | PENNYMAC LOAN SERVICES, LLC |
| 21-10438-pmm | Kara J. Seawell | 13 | Freedom Mortgage Corporation |
| 21-10486-amc | Swadesh R. Bhattacharje | 13 | PHFA |
| 21-10540-pmm | Harold G. Adams | 13 | M&T Bank |
| 21-10644-amc | S Marie Collier Stasyk | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 |
| 21-10775-djb | Shirleen Miles Roberson | 13 | American Heritage Federal Credit Union |
| 21-10793-pmm | John Jacobs and Erin Jacobs | 13 | Lakeview Loan Servicing, LLC |
| 21-10845-djb | Ramona Lee Taylor | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-3 |
| 21-10935-djb | Shawn T. Hamiel | 13 | NWL Company, LLC |
| 21-10942-pmm | Edward Cubernot | 13 | NWL Company, LLC Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-B |
| 21-11067-amc | Dolores Rita Nyce | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 21-11249-djb | Victoria Marcocelli | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 21-11253-pmm | Anett Melinda Rizos | 13 | PNC BANK, NATIONAL ASSOCIATION |

| | | | |
|---|---|---|---|
| 21-11319-djb | Stephanie T. Fryer | 13 | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION |
| 21-11324-pmm | Tina M. Kaltreider | 13 | MIDFIRST BANK |
| 21-11374-amc | Raymond M. Santos | 13 | U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2019-R2 |
| 21-11388-djb | Christopher Baxter | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 21-11462-amc | Robert W Wojciechowski, Jr. and Cheryl Wojciechowski | 13 | PENNYMAC LOAN SERVICES, LLC |
| 21-11472-pmm | Nguyen Thao Tran | 13 | Lakeview Loan Servicing, LLC |
| 21-11482-pmm | Omar Touri | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 21-11558-pmm | Mohendra Sheoprashad | 13 | PENNYMAC LOAN SERVICES, LLC |
| 21-11560-amc | Sierra L. McMonagle | 13 | AMERICAN HERITAGE CREDIT UNION |
| 21-11670-pmm | Patrick Scott Musser | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 21-11722-djb | Cyrus Pollard and Rhonda Denise Pollard | 13 | U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B |
| 21-11790-pmm | Eric Perez and Shannon Perez | 13 | NATIONSTAR MORTGAGE LLC |
| 21-11823-pmm | Kathy Lynn Grim | 13 | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB |
| 21-11892-pmm | Jason N. Grim and Blanca M Grim | 13 | Freedom Mortgage Corporation |
| 21-11923-pmm | William Gilyard | 13 | Pennsylvania Housing Finance Agency |

| | | | |
|---|---|---|---|
| 21-11963-djb | Ralph L. Major | 13 | Towd Point Master Funding Trust 2018-PM22 CO1, U.S. Bank National Association, as Trustee |
| 21-11984-djb | Hubert Dean Moore, Jr. and AnnMarie Fletcher-Moore | 13 | U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust |
| 21-12122-pmm | Shaun Michael Hallman | 13 | American Neighborhood Mortgage Acceptance Company, LLC |
| 21-12238-djb | Leslie Burke | 13 | MIDFIRST BANK |
| 21-12240-amc | Barbara Jean Sims | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 21-12301-amc | Kristy Bernard | 13 | Aurora Financial Group, Inc. |
| 21-12329-pmm | William C. Parks and Kimberly L. Parks | 13 | PENNYMAC LOAN SERVICES, LLC |
| 21-12336-djb | Damon A. Wilkins | 13 | U.S. Bank National Association, as Trustee, of the Rice Park Financing Whole Loan Grantor Trust 2012-1 |
| 21-12360-amc | Sandra E. Stetler | 13 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| 21-12420-djb | Miguel Bocourt | 13 | Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust |
| 21-12531-djb | Edgar L Brown | 13 | Nationstar Mortgage LLC |
| 21-12533-djb | Brian James Madonna | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 21-12580-pmm | Melinda Ebling | 13 | Lakeview Loan Servicing, LLC |
| 21-12592-amc | Daneen Noshoen Henderson | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 21-12701-djb | Nicholas James Edeline | 13 | Freedom Mortgage Corporation |

| | | | |
|---|---|---|---|
| 21-12811-pmm | Diane K. Harris | 13 | US Bank Trust National Association, Not in its Individual Capacity But Solely As Trustee for VRMTG Asset Trust |
| 21-12874-pmm | Delena Lorraine Reeves | 13 | FLAGSTAR BANK, N.A. |
| 21-12905-pmm | Jamie Dawn Walker | 13 | PENNYMAC LOAN SERVICES, LLC |
| 21-12946-amc | Frederick Paul Rumig | 13 | EMM LOANS, LLC |
| 21-12960-amc | Sheila Williams | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 21-12983-djb | Thomas J Revinski | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 21-12996-amc | Basim Walker | 13 | Freedom Mortgage Corporation |
| 21-12998-pmm | Charles Joesph Herbert | 13 | MidFirst Bank |
| 21-13015-djb | Yolonda N Watts | 13 | Freedom Mortgage Corporation |
| 21-13027-amc | Linda J. Pisano | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 21-13040-djb | Reginald H. Taylor, Jr. and Takiema S. Taylor | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 21-13079-amc | Hazel Williamson | 13 | U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII |
| 21-13097-pmm | Robert Shane Fredd and Michelle L. Fredd | 13 | Foundation Finance Company Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., |
| 21-13105-pmm | James T Van Horn | 13 | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 |
| 21-13147-amc | Joy T. Rivers | 13 | PENNYMAC LOAN SERVICES, LLC |

| | | | |
|---|---|---|---|
| 21-13177-pmm | Dennis J. Miller, Sr. | 13 | M&T Bank |
| 21-13186-djb | Rachael Thomson | 13 | Movement Mortgage, LLC |
| 21-13220-pmm | Angela C. Owens | 13 | FREEDOM MORTGAGE CORPORATION |
| 21-13261-djb | Barbara Fisher | 13 | U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust |
| 22-10032-amc | Feji Cherian | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 22-10087-djb | Antoinisha Bertha Wells | 13 | M&T Bank |
| 22-10175-pmm | Scott D. Montague | 13 | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as owner trustee for CIM Trust 2025-NR1 |
| 22-10251-pmm | Jesse Dale Mast | 13 | Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee |
| 22-10254-pmm | Matthew Richard Macdonough and Erin Beth Macdonough | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 22-10268-djb | Michael S Raskay and Denise E Raskay | 13 | Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely as Trustee for BCAT 2020-3TT |
| 22-10275-amc | Frank J Wright | 13 | MIDFIRST BANK |
| 22-10313-pmm | George Staretz and Dolores Staretz | 13 | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE7, Mortgage Pass-Through Certificates, Series 2006 HE7 |
| 22-10376-djb | Porter Clark, Jr. | 13 | Mortgage Assets Management, LLC |
| 22-10444-pmm | Nicole Marion Godfrey | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 22-10477-djb | Ana P. Parrish | 13 | PENNYMAC LOAN SERVICES, LLC |

| | | | | |
|---|---|---|---|---|
| 22-10540-pmm | Edgar Guarino and Laura A. Guarino | | 13 | Nationstar Mortgage LLC |
| 22-10557-pmm | Wendy Dietrich | | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 22-10562-pmm | Edita E. Morales | | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-3 |
| 22-10565-djb | Milton Gibbs | | 13 | PENNYMAC LOAN SERVICES, LLC |
| 22-10583-pmm | Muhammad K Abbasi | | 13 | Nationstar Mortgage LLC d/b/a Mr. Cooper Lakeview Loan Servicing, LLC |
| 22-10643-djb | Clarence L. Hilliard, III | | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 22-10680-djb | Charles Gresham, Jr. | | 13 | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) |
| 22-10698-amc | Francis M Del Campo | | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 22-10756-amc | Lisa Green-Harvey | | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 22-10803-djb | Pierrette V. Pearson | | 13 | LSF9 Master Participation Trust |
| 22-10807-djb | Cedrick Blakney | | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 22-10808-djb | Charlie Stratton | | 13 | PENNYMAC LOAN SERVICES, LLC |
| 22-10818-djb | Scott Alan Grace and Terri L Grace | | 13 | Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-1 |
| 22-10861-pmm | Kim Lindsay | | 13 | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) |
| 22-10867-amc | Sonya Singer | | 13 | U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-WMC1 Asset Backed Pass-Through Certificates, Series 2006-WMC1 |

| | | | |
|---|---|---|---|
| 22-10870-djb | Danielle L. White | 13 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| 22-10893-djb | Nathaniel Messer and Alethea Messer | 13 | AMERICAN HERITAGE CREDIT UNION |
| 22-10944-djb | Lauren Scholl | 13 | PENNYMAC LOAN SERVICES, LLC |
| 22-10971-djb | Kevin E. Trusty | 13 | ONSLOW BAY FINANCIAL, LLC |
| 22-11021-pmm | Sharon K. Livering | 13 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| 22-11026-pmm | Harold F Klump and Sherry L Klump | 13 | Freedom Mortgage Corporation |
| 22-11030-djb | Cincearae Kelly | 13 | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 |
| 22-11037-pmm | Tina Strack | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 22-11096-djb | Matthew John Majernik | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 22-11107-djb | Edward M. Hausle | 13 | BANK OF AMERICA, N.A. |
| 22-11117-amc | Justin Gensel | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 22-11197-amc | Kevin A Gatto | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 22-11225-pmm | Wayne R. Trotman | 11 | Charles Schwab Bank, SSB |
| 22-11238-djb | Markeyes D Anderson | 13 | U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) |
| 22-11242-pmm | Raymond R. McPeek, II | 13 | Nationstar Mortgage LLC MIDLAND CREDIT MANAGEMENT INC. |

| | | | |
|---|---|---|---|
| 22-11266-djb | Rufino R. Watson, Jr. | 13 | M&T Bank |
| 22-11268-pmm | Julia B. Marcelli | 13 | DLJ Mortgage Capital, Inc. |
| 22-11338-pmm | Darrel J. Smith, Jr. and Kara R. Smith | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 22-11416-amc | Cynthia E. Culbreath | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc |
| 22-11422-pmm | Jeffrey George Marshall | 13 | Gateway Mortgage, a division of Gateway First Bank |
| 22-11470-amc | Maurice Presbery | 13 | Lakeview Loan Servicing LLC |
| 22-11489-amc | Joseph F. Faino | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 22-11505-djb | Kelli McKenna | 13 | MIDFIRST BANK |
| 22-11603-amc | Brian Morris and Eileen Morris | 13 | PNC Bank, National Association |
| 22-11610-pmm | Ana J. Blanco | 13 | AmeriHome Mortgage Company, LLC |
| 22-11641-pmm | Timothy Allen Bender and Jennifer Nicole Bender | 13 | Freedom Mortgage Corporation |
| 22-11817-pmm | Michael L. Murray | 13 | The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 |
| 22-11859-djb | Gerald J. Boisvert and Karen E. Boisvert | 13 | Lakeview Loan Servicing, LLC |
| 22-11863-pmm | Julia C. McCartha | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 22-11885-amc | William P Brennan | 13 | Nationstar Mortgage LLC |

| | | | |
|---|---|---|---|
| 22-11887-pmm | Colton A. Piccolo and Cayla B. Piccolo | 13 | PENNYMAC LOAN SERVICES, LLC |
| 22-11904-amc | Patricia A Brown | 13 | U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2023-NR1 |
| 22-11959-djb | Shelby J. Neely | 13 | PENNYMAC LOAN SERVICES, LLC |
| 22-11992-pmm | Eric W. Johanson and Andrea M. Johanson | 13 | Freedom Mortgage Corporation |
| 22-12039-djb | Suanne Wills | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 22-12068-pmm | Alicia J Benecke | 13 | FREEDOM MORTGAGE CORPORATION |
| 22-12077-djb | Tamara Ali Bey | 13 | Freedom Mortgage Corporation |
| 22-12196-djb | Isidro Portugal-Aguilera | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 22-12215-amc | Heather C Hansen | 13 | AmeriHome Mortgage Company, LLC |
| 22-12234-djb | Sandra N. Irby | 13 | Nationstar Mortgage LLC |
| 22-12321-djb | Marquis T Upshur | 13 | PENNYMAC LOAN SERVICES, LLC |
| 22-12331-djb | Mark A. Coker | 13 | First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A. as Trustee, sucessor by merger to LaSalle Bank N.A., as Trustee |
| 22-12342-pmm | Jared R. Facciola and Melodie R. Facciola | 13 | Freedom Mortgage Corporation |
| 22-12346-pmm | Belinda J. Wagner | 13 | MidFirst Bank |
| 22-12385-pmm | Daihana Aponte-Abreu | 13 | Lakeview Loan Servicing, LLC |

| | | | |
|---|---|---|---|
| 22-12447-djb | Robert S Fister | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 22-12470-djb | Shamar David | 13 | PennyMac Loan Services, LLC |
| 22-12489-djb | Christine Stanfield | 13 | Moria Development Inc. dba Peoples Mortgage |
| 22-12500-djb | Ryan Patrick McGuire | 13 | U.S. Bank National Association, as Trustee for Asset Backed Securities Corporation Home Equity Loan Trust, Series MO 2006-HE6, Asset Backed Pass-Through Certificates, Series MO 2006-HE6 |
| 22-12561-pmm | Winsome A Buckley | 13 | Bank of America, N.A |
| 22-12568-amc | Christine M Freisleben | 13 | PENNYMAC LOAN SERVICES, LLC |
| 22-12578-amc | Drema O'Dell | 13 | CASCADE FUNDING RM1 ALTERNATIVE HOLDINGS, LLC |
| 22-12599-pmm | Jose Daniel Vargas, Sr. | 13 | GS Mortgage-Backed Securities Trust 2021-RPL1 |
| 22-12626-pmm | John Knox Moore and Trescebel Moore | 13 | PENNYMAC LOAN SERVICES, LLC |
| 22-12674-pmm | Christopher J. Stringer | 13 | M&T Bank |
| 22-12736-pmm | Stephanie Elizabeth Allen | 13 | PENNYMAC LOAN SERVICES, LLC |
| 22-12773-djb | Matthew Hower and Melissa Hower | 13 | Freedom Mortgage Corporation |
| 22-12782-djb | DeonDrae N. Rankins | 13 | Freedom Mortgage Corporation |
| 22-12784-amc | Hugh D McGlade and Caroline A. McGlade | 13 | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006 HE5 |
| 22-12861-pmm | Jeffrey Scott Lanni | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., |

| | | | |
|---|---|---|---|
| 22-12944-amc | Christopher B Baker and Sherry L Baker | 13 | DLJ Mortgage Capital, Inc. |
| 22-12963-amc | Janaea Nolen | 13 | BANK OF AMERICA, N.A. |
| 22-13007-djb | Petrina McFarlane | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. Pingora Loan Servicing, LLC |
| 22-13015-pmm | Joshua Matthew Woodling | 13 | THE MONEY SOURCE |
| 22-13038-pmm | Sausan E. Kassar | 13 | HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates |
| 22-13092-pmm | Jeffrey Maag | 13 | Nationstar Mortgage LLC |
| 22-13116-djb | William Terral Smith | 13 | Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee |
| 22-13228-amc | Chanel R. Drayton | 13 | Nationstar Mortgage LLC |
| 22-13325-pmm | Thomas F Brennan, III | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 22-13356-pmm | Daqwahn Robbull Hakeem Bryant | 13 | Lakeview Loan Servicing, LLC |
| 22-13381-pmm | John C. Young | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 22-13410-amc | John Edward McKnight, III | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 22-13427-pmm | Matthew M. Schnee | 13 | U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 |
| 22-13446-pmm | Adam Nathan Delong and Kira Marie Delong | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 23-10031-amc | Joseph D. Waters | 13 | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as owner trustee for CIM Trust 2025-NR1 |

| | | | |
|---|---|---|---|
| 23-10038-pmm | Antoine Howlett | 13 | M&T Bank |
| 23-10053-amc | John H. Robinson, Sr. and Patricia Ann Gladden-Robinson | 13 | CSMC 2021-RPL6 Trust |
| 23-10071-djb | Charlene A. Jones | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 23-10106-amc | Roxanne Myers | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-10219-pmm | Abner Cruz and Brianna Christina Cruz | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-10296-pmm | Charles Pernell Riddick, Jr. and Jennifer Lori Riddick | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 23-10302-amc | Carvel Anthony Redmond and Jacqueline S. Redmond | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-10327-amc | Nina E. Miles Lane | 13 | CrossCountry Mortgage, LLC |
| 23-10328-pmm | Jarred E. Fox | 13 | MIDFIRST BANK |
| 23-10380-amc | Teresa Anne Bradley | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 23-10399-djb | Patricia A. Morris | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 23-10400-djb | Brenda Mervine and Russell A. Mervine, Sr. | 13 | Lakeview Loan Servicing, LLC |
| 23-10460-pmm | Luis Miguel Cueto-Suero | 13 | Freedom Mortgage Corporation |
| 23-10469-djb | George W. Lock and Tina R. Lock | 13 | Freedom Mortgage Corporation |
| 23-10473-pmm | Sandra Krevitz | 13 | U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 |

| | | | |
|---|---|---|---|
| 23-10476-amc | Elizabeth A. Freeman | 13 | Freedom Mortgage Corporation |
| 23-10488-pmm | Crescent Naima Parker | 13 | Nationstar Mortgage LLC |
| 23-10507-pmm | Michael W. Dynda | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 |
| 23-10647-djb | Lisa Tranausky | 13 | MIDFIRST BANK |
| 23-10659-pmm | David Karl Brecht | 13 | CrossCountry Mortgage, LLC |
| 23-10674-djb | Kia R. Holland | 13 | U.S. Bank National Association (Successor Trustee for the Pennsylvania Housing Finance Agency, pursuant to said Trust Indenture) |
| 23-10736-pmm | Wayne R Clark and Deborah A Clark | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-10742-pmm | Tony Raymond Williams | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-10778-djb | Bennesha McCoy | 13 | CSMC 2022-RPL3 Trust |
| 23-10789-amc | Mark F Wilk | 13 | PHILADELPHIA FEDERAL CREDIT UNION |
| 23-10810-djb | Thomas Joseph Kellett, Jr. | 13 | CSMC 2019-RPL10 Trust |
| 23-10830-djb | Charles R Cooper | 13 | MIDFIRST BANK |
| 23-10882-pmm | Wilfredo Andujar, Jr. and Haley Rose Shermer | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-10933-pmm | Bradley Eugene Stepp | 13 | Lakeview Loan Servicing, LLC |
| 23-10994-djb | Brian S Guenst and Buffy S. Guenst | 13 | Nationstar Mortgage LLC |

| | | | |
|---|---|---|---|
| 23-11021-pmm | Harry N. Moronta | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 23-11083-pmm | Jason T. Cole | 13 | Lakeview Loan Servicing, LLC |
| 23-11093-pmm | Luis Ramon Jimenez | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-11112-djb | William R. Harris, Jr. | 13 | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) |
| 23-11116-amc | Rita Elaine Melrose | 13 | FIRST FEDERAL BANK |
| 23-11119-pmm | Jeffrey Dudash | 13 | Nationstar Mortgage LLC |
| 23-11230-pmm | Bethzaida Seda | 13 | AmeriHome Mortgage Company, LLC |
| 23-11282-pmm | Overlord Real Estate Holdings. LLC | 7 | Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust |
| 23-11285-amc | Fred L. Edwards and Etta Smith-Edwards | 13 | PNC Bank, N.A. |
| 23-11314-amc | Angella R. Edwards Grant | 13 | U.S. Bank National Association, not in its individual capacity but solely as Trustee for MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2 |
| 23-11337-amc | Sally J. Sheridan | 13 | MIDFIRST BANK |
| 23-11427-amc | Demus Paye | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-11453-amc | Pablo Celedonio | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 23-11475-amc | Lisa Marie Delcampo | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 23-11554-djb | Dwayne A. Brooks | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |

| Case No. | Debtor | Ch. | Creditor |
|---|---|---|---|
| 23-11561-amc | Clifford Alan Evener | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-11563-amc | Belinda Harris-Lewis | 13 | Nationstar Mortgage LLC |
| 23-11589-pmm | Kathleen Anne Clarke | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-11621-pmm | Jose Luis Torres Melendez | 13 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| 23-11629-pmm | Christopher Guerrino | 13 | Lakeview Loan Servicing, LLC |
| 23-11673-pmm | Emiliano Irizarry and Esperanza Irizarry | 13 | Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 |
| 23-11699-pmm | Susan Kay Halbeisen | 13 | Aurora Financial Group, Inc |
| 23-11711-amc | Vincent R. Miller, Jr. and Jayne Miller | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 |
| 23-11735-pmm | Bryan R. Hess and Lisa M. Hess | 13 | Nationstar Mortgage LLC |
| 23-11753-djb | Trevor L. Wiggins | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-11784-pmm | John Warren Illingworth and Judith Marie Illingworth | 13 | Ruby Stone Trust, A Delaware Statutory Trust |
| 23-11793-djb | Kayla Lesse | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 23-11870-amc | Arcy E. Crute | 13 | U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) |
| 23-11920-djb | Edward Callaghan and Kathleen Callaghan | 13 | ANDREWS FEDERAL CREDIT UNION |
| 23-11953-amc | Emily K Kupprion | 13 | loanDepot.com, LLC |

| | | | |
|---|---|---|---|
| 23-11955-djb | Oleg Rudman and Roza Kalish | 13 | Nationstar Mortgage LLC |
| 23-11975-djb | Christopher Desrocher and Gina McGee | 13 | Lakeview Loan Servicing, LLC |
| 23-11999-djb | Joseph Anthony | 13 | Lakeview Loan Servicing, LLC |
| 23-12019-pmm | Kim M. Branch | 13 | Nationstar Mortgage LLC |
| 23-12037-djb | Dariys W. Hinton | 13 | FIRSTRUST BANK |
| 23-12049-pmm | Megan N. Schmidt | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-12063-amc | Lorraine McKnight | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-12103-pmm | Miguel Andres Torres | 13 | MidFirst Bank |
| 23-12136-pmm | Michelle L. Evangelista | 13 | Freedom Mortgage Corporation |
| 23-12139-amc | Christine R. DeFrangesco | 13 | The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11 |
| 23-12170-pmm | Douglas M. Kahler and Lori L. Kahler | 13 | Legacy Mortgage Asset Trust 2021-GS3 |
| 23-12185-amc | Erica Lynn Meyers | 13 | DLJ Mortgage Capital, Inc. |
| 23-12249-amc | Samantha K Naranjo | 13 | Freedom Mortgage Corporation |
| 23-12306-pmm | Antonio Gallo | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-12334-pmm | Jorge R Rosario and Ipatia C Bueno | 13 | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST |

| | | | |
|---|---|---|---|
| 23-12347-amc | William E. Sullivan, Jr. | 13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. |
| 23-12406-pmm | Gregory Buchanan | 13 | Village Capital & Investment, LLC |
| 23-12457-amc | Nicole A. Cassidy | 13 | Cardinal Financial Company, Limited Partnership |
| 23-12471-djb | Blair W. Howell | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-12516-pmm | Mona Hussim Saleh | 13 | The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Certificates, Series 2006-SD1 |
| 23-12561-djb | Chardae Taylor | 13 | Lakeview Loan Servicing, LLC |
| 23-12572-pmm | Stacy Lynn Price | 13 | CrossCountry Mortgage, LLC |
| 23-12700-amc | Shawn Michael Leonard | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-12751-djb | Janel P. Clark | 13 | MIDFIRST BANK |
| 23-12799-amc | Richard Brauer | 13 | KeyBank, NA |
| 23-12875-amc | Richard P. Silverman and Carol A. Silverman | 13 | HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-WMC1 |
| 23-12939-pmm | Julia Ann Albert | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-12942-pmm | Annette M. Beck | 13 | Nations Lending Corporation |
| 23-12954-djb | Rothphila Bearng | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-13066-pmm | April Flegler and Christopher Flegler | 13 | CrossCountry Mortgage, LLC |

| | | | |
|---|---|---|---|
| 23-13074-amc | Geraldine M. Maier | 13 | OneMain Financial Group, LLC |
| 23-13115-pmm | Faith C Holcomb | 13 | U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE2, Asset-Backed Certificates Series 2007-HE2 |
| 23-13181-pmm | Latasha S Connor and Dexter E Connor | 13 | Lakeview Loan Servicing, LLC |
| 23-13200-djb | Mark R. Santore and Faith Tirotto-Santore | 13 | Lakeview Loan Servicing, LLC |
| 23-13208-amc | Sean N. Sinclair and Claire S. Sinclair | 13 | MIDFIRST BANK |
| 23-13210-pmm | Elizabeth V Iezzi | 13 | Nationstar Mortgage LLC |
| 23-13325-djb | Vanessa M Kirby and Eugene C Kirby, Jr. | 13 | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 |
| 23-13371-pmm | Samuel Jacob Mull, Jr. | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 |
| 23-13413-djb | Orathay Dethluxay | 13 | Matrix Financial Services Corporation |
| 23-13438-pmm | Rasheedah Naima Morgan | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-13489-pmm | Lynette T Jackson | 13 | loanDepot.com, LLC |
| 23-13491-djb | Chinelle Monique Ballard | 13 | MIDFIRST BANK |
| 23-13577-pmm | Gwen J. Cantwell | 13 | Nationstar Mortgage LLC |
| 23-13586-pmm | Jamaal Wheaton and Kashara Wheaton | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-13599-amc | Rita B Smith | 13 | CU Members Mortgage, a division of Colonial Savings, F.A |

| | | | |
|---|---|---|---|
| 23-13617-djb | Stephen Lawrence | 13 | PENNYMAC LOAN SERVICES, LLC |
| 23-13630-pmm | Edward Christopher Judd and Carol Ann Judd | 13 | PENNYMAC LOAN SERVICES LLC |
| 23-13632-amc | Paul J Daoud | 13 | Lakeview Loan Servicing LLC |
| 23-13668-djb | Anthony Redley | 13 | LAKEVIEW LOAN SERVICING LLC |
| 23-13737-pmm | Colleen M Pfaff and Brian W Pfaff | 13 | AVAIL HOLDING LLC |
| 23-13845-pmm | Keith A Oliver | 13 | Lakeview Loan Servicing LLC |
| 23-13846-djb | Vincent Span and Natisha Span - Mathis | 13 | Lakeview Loan Servicing, LLC |
| 23-13858-djb | Lisa Ann Scott | 13 | NBKC Bank |
| 23-13872-pmm | Dena Ann Krebs | 13 | Lakeview Loan Servicing, LLC |
| 23-13891-pmm | Gerald E Winslow and Germaine Winslow | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 23-13944-amc | Michael F. Wright | 13 | CrossCountry Mortgage, LLC |
| 24-10006-pmm | Korey James Moyer | 13 | loanDepot.com, LLC |
| 24-10024-pmm | Shelby Alandra Schlener | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-10026-djb | James E Bruno and Sharon C Bruno | 13 | First Federal Bank |
| 24-10094-amc | Terri Lucia Jones | 13 | LAKEVIEW LOAN SERVICING, LLC |

| | | | |
|---|---|---|---|
| 24-10118-pmm | Lori Ann Miller | 13 | Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 |
| 24-10161-amc | Jeffrey Vicki | 13 | Matrix Financial Services Corporation |
| 24-10167-pmm | Monique C Cummings | 13 | MATRIX FINANCIAL SERVICES CORPORATION |
| 24-10253-amc | Claire M. Schofield | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-10271-amc | John Larry Thompson | 13 | Nationstar Mortgage LLC |
| 24-10276-djb | Stephanie Barnes | 13 | MIDFIRST BANK |
| 24-10288-pmm | Allen Kieth Walkowiak | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 24-10321-pmm | Marlenys Fernandez Batista | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-10346-amc | Maylin Rodriguez | 13 | Planet Home Lending, LLC |
| 24-10382-pmm | Jocelyn R. Savage | 13 | Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust |
| 24-10419-pmm | Shana E. Rutan | 13 | Limosa LLC |
| 24-10462-amc | Michael J Hessenauer and Tina M Hessenauer | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-10467-pmm | Charles E. Granda, Jr. and Kirsten Aimee Granda | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 24-10503-djb | Brian Wharton | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-10582-amc | Cara Beth Powell | 13 | Legacy Mortgage Asset Trust 2021-GS1 |

| | | | |
|---|---|---|---|
| 24-10617-pmm | Regina D. Walker | 13 | loanDepot.com, LLC |
| 24-10620-pmm | Juan Francisco Morel Ortiz | 13 | CrossCountry Mortgage, LLC |
| 24-10676-pmm | Breanna Lee Shoup and Ryan David Shoup | 13 | JPMorgan Chase Bank, National Association |
| 24-10737-amc | Bruce E Bates, Sr. | 13 | CrossCountry Mortgage, LLC |
| 24-10810-amc | Karyn Kenya Jackson | 13 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| 24-10828-pmm | Kim McMillan and Tammy L. McMillan | 13 | Nationstar Mortgage LLC |
| 24-10837-pmm | Alyce A. Connelly | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-11083-pmm | Quilvio Capellan | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-11139-pmm | Pamela Denise Jonjo | 13 | Village Capital & Investment, LLC |
| 24-11167-pmm | Jay Clifford Newswanger and Kelly Jo Newswanger | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 24-11231-pmm | Charles A. Wesley and Connie M. Wesley | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 24-11326-djb | Leea Woodlin | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 24-11367-pmm | Donald Thomas Byrne and Linda Gail Byrne | 13 | Colonial Savings, F.A. |
| 24-11372-amc | Oleg Nazarenko | 13 | Nationstar Mortgage LLC |
| 24-11398-pmm | Maria C. Ciaravino | 13 | Matrix Financial Services Corporation |

| | | | |
|---|---|---|---|
| 24-11446-amc | John Paul Borders | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-11462-pmm | Amanda J. Fisher | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-11531-amc | Jacquelyn Heather Coleman | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 24-11573-amc | Chi Y Kim | 13 | M&T Bank |
| 24-11587-pmm | Vincent M Wendowski | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-11626-pmm | Kelly L. Miller | 13 | Lakeview Loan Servicing, LLC |
| 24-11743-pmm | Ronald W Schwartz, Jr. | 13 | Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-4 |
| 24-11760-pmm | Jennifer R Trimmer | 13 | Lakeview Loan Servicing LLC |
| 24-11765-pmm | Jennifer E Moser | 13 | SENECA MORTGAGE SRVC LLC |
| 24-11806-amc | Lisa Marie Cancelliere | 13 | U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR4 |
| 24-11831-pmm | Geoffrey M. Fritz | 13 | STIFEL BANK & TRUST |
| 24-11832-pmm | Bonnie B. Richmond | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-11835-pmm | Theodore K. Gross, Jr. and Erin T. Wentzel | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-11843-pmm | Scott M Horner and Joie M Horner | 13 | Pingora Loan Servicing, LLC |
| 24-11881-pmm | Ray Centeno | 13 | M&T BANK |

| | | | |
|---|---|---|---|
| 24-11945-amc | Carlos C Sierra | 13 | Lakeview Loan Servicing, LLC |
| 24-12002-pmm | William Paul Hoever and Lisa Ashley Hoever | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-12007-pmm | Elaine Riebow | 13 | MIDFIRST BANK |
| 24-12011-amc | Laura L. Warden | 13 | U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) |
| 24-12018-djb | Nicole L. Moore | 13 | MIDFIRST BANK |
| 24-12043-amc | Wai Kwan Lo Phung | 13 | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 |
| 24-12143-pmm | Samuel R. Nicol, Jr. and Brandi L. Nicol | 13 | Reliance First Capital, LLC |
| 24-12169-pmm | Lawrence A. Brittingham and Michelle M. Rodriguez | 13 | Nationstar Mortgage LLC |
| 24-12179-amc | Andrew E Cahill | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 24-12228-amc | David Frederick Ralls, Jr | 13 | Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust |
| 24-12293-pmm | Ronald Joseph Wolfe, Sr and Cindi Mildred Wolfe | 13 | loanDepot.com, LLC |
| 24-12319-pmm | Jarrod Pietrobone | 13 | HEADLANDS RESIDENTIAL SERIES OWNERTRUST, SERIES E |
| 24-12389-amc | Lynn C Williams | 13 | U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R6 |
| 24-12608-pmm | Shane Alan Hamm | 13 | loanDepot.com, LLC |
| 24-12626-pmm | Michael Brian Paisley | 13 | Nationstar Mortgage LLC |

| | | | |
|---|---|---|---|
| 24-12716-djb | Brian C Anderson | 13 | U.S. Bank National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2006-D, Mortgage Pass-Through Certificates, Series 2006-D |
| 24-12765-pmm | Janet M. Mohr | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-12778-djb | Anthony M. Diegel | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-12788-djb | Megan E. Felici | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-12855-amc | Melvin G Williams | 13 | MIDFIRST BANK |
| 24-12860-djb | Felix Williams | 13 | CMG Mortgage, Inc. |
| 24-12909-amc | Henreitta Campell | 13 | Nationstar Mortgage LLC |
| 24-12945-pmm | Charles Pineyro and Ashley Pineyro | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-12980-pmm | Lidely D. Morel | 7 | PENNYMAC LOAN SERVICES, LLC |
| 24-13106-amc | Daniel R. Wilson | 13 | Capital One, N.A. |
| 24-13117-amc | Amy Beth Wert | 13 | Lakeview Loan Servicing, LLC |
| 24-13136-djb | Christopher Thompson | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-13184-amc | Jorge A Astudillo Zurita | 13 | Capital One, N.A |
| 24-13300-pmm | Maria A. Ovando | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-13305-pmm | Zachary Nathanial Young and Sage Marie Young | 13 | PENNYMAC LOAN SERVICES, LLC |

| | | | |
|---|---|---|---|
| 24-13339-pmm | Shadhan Alam | 13 | Citigroup Mortgage Loan Trust 2020-RP2 |
| 24-13352-djb | Dana Marie Manton | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-13395-amc | Juan Carlos V. Malabuyo | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-13463-pmm | Corey Van Nguyen | 13 | Lakeview Loan Servicing, LLC |
| 24-13475-amc | Lasana Kromah | 13 | MIDFIRST BANK |
| 24-13559-pmm | Wayne Gerald Robinson | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 24-13561-amc | Matthew M. Wilkinson | 13 | ARDENT CREDIT UNION F/K/A SB1 FEDERAL CREDIT UNION |
| 24-13634-amc | Dorothea Elizabeth Kucharski | 13 | Onslow Bay Financial LLC |
| 24-13650-djb | Edwin Vargas, Jr. and Jaclyn M Vargas | 13 | MIDFIRST BANK |
| 24-13666-amc | Mouses Lamah | 13 | M&T Bank |
| 24-13715-amc | Joseph R. Bouska | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 24-13716-amc | Susan Shields Turbitt | 13 | Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A |
| 24-13898-pmm | Brandon Isaiah Dilts and Hasna Jennifer Dilts | 13 | M&T Bank |
| 24-13904-djb | Sharonne N Ku-Ntima | 13 | PNC Bank, National Association |
| 24-13937-amc | Zakiyyah Najir Mitchell | 13 | PENNYMAC LOAN SERVICES, LLC |

| | | | |
|---|---|---|---|
| 24-13965-amc | Kimberley Dobson and James Dobson, Sr. | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-13990-pmm | Karen P. Tarboro | 13 | MIDFIRST BANK |
| 24-14035-pmm | Marcio G Velastegui | 13 | MIDFIRST BANK |
| 24-14055-pmm | Wayne Sampson Cooper, Jr. and Stephanie Anne Cooper | 13 | AmeriHome Mortgage Company, LLC |
| 24-14059-amc | Eric W. Wang and Heather A. Wang | 13 | loanDepot.com, LLC |
| 24-14079-amc | Donald Savage and Lakeshia Savage | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-14153-amc | Matthew John McCloskey | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 24-14184-djb | Celena D. Brown | 13 | PENNYMAC LOAN SERVICES, LLC |
| 24-14198-pmm | Angela S. Scheipe | 13 | U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3 |
| 24-14222-djb | Kimyutta M. Carroll | 13 | M&T Bank |
| 24-14325-pmm | Linda A. Bailey | 13 | Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee |
| 24-14337-pmm | Jonathan David Rinehimer | 13 | Lakeview Loan Servicing, LLC |
| 24-14360-pmm | Adam Peter Henry and Carissa Catherine Henry | 13 | MIDFIRST BANK |
| 24-14564-pmm | William Vincent Conrad and Meredith Haleen Conrad | 13 | CMG Mortgage, Inc. |
| 24-14566-pmm | Kenneth A. Imes, Jr. and Michelle L. Imes | 7 | loanDepot.com, LLC |

| | | | |
|---|---|---|---|
| 24-14619-pmm | Jose Gasper Rosario | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 24-14630-pmm | Mustapha Abdulai Sheriff | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-10047-amc | Garfield A. Edwards | 13 | AmeriHome Mortgage Company, LLC |
| 25-10210-pmm | Alicia M. Green | 13 | Mission Servicing Residential, Inc. |
| 25-10326-djb | Megan A Hurley | 13 | U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2006-FX1 |
| 25-10333-amc | Linda L. Oates | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 25-10351-amc | Markitta Burgess-Montgomery | 13 | MIDFIRST BANK |
| 25-10359-amc | Robert K Potts | 13 | RCAF Loan Acquisition, LP |
| 25-10426-amc | Dominic A. Mini | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-10449-pmm | Cherie N Smith | 13 | Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 |
| 25-10450-djb | Colin Alfred Bollers | 13 | Lakeview Loan Servicing, LLC |
| 25-10455-pmm | Whitney Overbey | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 25-10478-pmm | Michael Todd Jolley | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-10539-amc | Joseph A. Ragus, Jr. and Terri M. Ragus | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-10552-djb | Frantz Clairizier | 13 | PENNYMAC LOAN SERVICES, LLC |

| | | | |
|---|---|---|---|
| 25-10627-amc | Joseph G. Berry and Anne M. Berry | 13 | PNC BANK, NATIONAL ASSOCIATION |
| 25-10634-djb | Jean Paulema | 13 | Lakeview Loan Servicing, LLC |
| 25-10649-amc | Theresa Morris | 13 | Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2 |
| 25-10671-amc | Robert L Housenick, Jr. and Sally Housenick | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-10717-pmm | Paul Mizvitowicz and Shannon S. Mizvitowicz | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-10744-pmm | Toni-Marie Barbine | 13 | KeyBank, NA, s/b/m First Niagara Bank, NA |
| 25-10758-amc | Kelvin Alvin Lashley and Alice Germaine Lashley | 13 | The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 Select Portfolio Servicing, Inc. |
| 25-10832-pmm | William Hoffman Arms, II and Teresa Elizabeth Arms | 13 | LAKEVIEW LOAN SERVICING, LLC |
| 25-10911-djb | John Strategakos and Damaris Strategakos | 13 | MIDFIRST BANK |
| 25-10929-djb | Theodore E Rhoads, Sr. | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-10936-pmm | Pamela Eileen Lutz | 13 | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 25-10940-amc | Dione D Pride | 13 | MIDFIRST BANK |
| 25-10949-amc | Timothy Walters and Andrea Walters | 11 | M&T Bank KeyBank, NA |
| 25-11006-amc | Rosemary Camilo | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 25-11053-pmm | Punita Verma | 13 | PENNYMAC LOAN SERVICES, LLC |

| 25-11058-pmm | Luis G. Tejeda | 13 | Lakeview Loan Servicing, LLC |
|---|---|---|---|
| 25-11071-amc | Terrell C Skeeters | 13 | U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-6. |
| 25-11121-pmm | John Peters, III | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-11148-pmm | Eneida M Diaz-Castro | 13 | loanDepot.com, LLC |
| 25-11212-pmm | Todd Alan Staub | 13 | Lakeview Loan Servicing, LLC |
| 25-11228-pmm | Michelle Y. Gillyard | 13 | PENNSYLVANIA HOUSING FINANCE AGENCY |
| 25-11356-pmm | Tyrone V Rison, Jr. | 13 | MIDFIRST BANK |
| 25-11388-djb | Eric V. Kennedy and Mari M. Marx | 13 | Guidance Residential, LLC |
| 25-11394-amc | Stephanie A Appling | 13 | MIDFIRST BANK |
| 25-11491-djb | Jason Allen Martin | 13 | LSF11 Master Participation Trust |
| 25-11554-pmm | Raquel Felix De Amadis | 13 | AmeriHome Mortgage Company, LLC |
| 25-11648-djb | Patricia M. Distel | 13 | COLONIAL SAVINGS F.A. |
| 25-11864-amc | Haneef M. Shabazz | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-11966-amc | Evan Alexander Welsh | 13 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC |
| 25-12012-amc | Veronica A. Florence-McPherson | 13 | WATSON MORTGAGE CORPORATION |

| | | | |
|---|---|---|---|
| 25-12423-amc | Boubacar Toure | 13 | M&T Bank |
| 25-12470-amc | Frank T. Zigman, Jr. | 13 | PHILADELPHIA FEDERAL CREDIT UNION |
| 25-12581-pmm | Kimberly L. Nuss | 13 | MidFirst Bank |
| 25-13092-pmm | Lucas D. Guzman Hernandez | 13 | Wilmington Savings Fund Society, FSB, as Trustee of Wampus Mortgage Loan Trust |
| 25-13231-amc | George May, Jr. | 13 | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 |
| 25-13442-amc | Dennis Lee Stauffer and Deborah Anne White Stauffer | 13 | PENNYMAC LOAN SERVICES, LLC |
| 25-14865-amc | Charles Henry Prem | 7 | Andrews Federal Credit Union |
| 25-14948-amc | Tamika R. Mobley | 13 | MIDFIRST BANK |
| 25-15202-djb | Robert T. Waggner | 13 | M&T Bank |
| 26-10542-pmm | Jon Devin Canter | 7 | Pentagon Federal Credit Union |