**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Mouses Lamah,                                    Chapter 13

             Debtor                              Case No.24-13666

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

**Old Address**:                               **New Address:**

403 Durfor Street                              2109 S. 16th Street
Philadelphia, PA 19148                         Philadelphia, PA 19145

Date:  May 6, 2026                             CIBIK LAW, P.C.
                                               Attorney for Debtor


                                               By: /s/ Michael A. Cibik
                                                  Michael A. Cibik, Esquire
                                                  Attorney I.D. 23110
                                                  1500 Walnut Street, Suite 900
                                                  Philadelphia, PA 19102
                                                  P: 215-735-1060/F: 215-735-6769
                                                  E:  cibik@cibiklaw.com