**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Mouses Lamah,<br><br>                    *Debtor.* | Chapter 13<br>Case No. 24-13666-AMC |

### Motion to Modify Plan After Confirmation

Debtor Mouses Lamah, by and through his attorney, hereby moves this Court as follows:

1. The Debtor filed a bankruptcy petition on October 14, 2024. The plan was confirmed on September 5, 2025.

2. The Debtor's mortgage company, creditor M&T Bank (the "Creditor"), was recently granted relief from the stay at ECF No. 61.

3. Accordingly, the Debtor now wishes to modify his plan to surrender his real property at 403 Durfor St, Philadelphia, PA 19148-3909 (the "property") that secures the Creditor's proof of claim.

4. The proposed plan addresses the amount already paid to the Creditor by the Trustee towards pre-petition arrears, surrenders the property to the Creditor, and shortens the length of the plan to 36 months.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 67 as the new confirmed plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 7, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com