**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Mouses Lamah,<br><br>*Debtor.* | Chapter 13<br>Case No. 24-13666-AMC |

**Certificate of Service**

I, Michael A. Cibik, certify that on May 7, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan, ECF No. 67

- Motion to Modify Plan After Confirmation and Proposed Order, ECF No. 68

- Notice of Motion to Modify Plan After Confirmation, ECF No. 69

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: May 7, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit (CM/ECF):**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**M&T Bank**
P.O. Box 840
Buffalo, NY 14240-0840

**Credit Acceptance Corporation**
25505 W 12 Mile Road, Suite 3000
Southfield, MI 48034

**City of Philadelphia Law Department**
Tax Lit and Coll Unit
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102