**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Mouses Lamah, | Chapter 13 |
| | Case No. 24-13666-AMC |
| *Debtor.* | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 69, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 71) is **APPROVED**.

**Date:** _____

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge